UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHANIE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3198** |
| **AMERICAN SECURITY INSURANCE COMPANY** | **SECTION: "G"(4)** |

### ORDER AND REASONS

In this litigation, Plaintiff Stephanie Williams ("Plaintiff") alleges that Defendant American Security Insurance Company ("Defendant") failed to timely reimburse her under the terms of an insurance policy after her house was damaged by a fire.[1] Before the Court is Defendant's "Motion to Dismiss."[2] In the Motion, Defendant argues that Plaintiff's claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff is not "(1) a named insured; (2) an additional named insured; or (3) an intended third-party beneficiary of the policy" and therefore lacks standing to sue.[3] Alternatively, Defendant argues that this suit should be dismissed because Plaintiff's claims are prescribed.[4] Plaintiff does not oppose the motion.[5] Accordingly,

---

[1] Rec. Doc. 1-1.

[2] Rec. Doc. 7.

[3] *Id.* at 4.

[4] *Id.* at 8.

[5] *See* attached correspondence.

1

**IT IS HEREBY ORDERED** that Defendant American Security Insurance Company's "Motion to Dismiss"[6] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Stephanie Williams' claims against American Security Insurance Company are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 25th day of February, 2021.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[6] Rec. Doc. 7.

| | |
|---|---|
| **From:** | Justin Alsterberg |
| **To:** | eFile-Brown |
| **Cc:** | gps@seroulaw.com |
| **Subject:** | Fwd: Activity in Case 2:20-cv-03198-NJB-KWR Williams v. American Security Insurance Company Scheduling Order |
| **Date:** | Thursday, February 18, 2021 9:27:43 AM |

**CAUTION - EXTERNAL:**

Ms. Edwards,

In accordance with the Judge's instructions about ex parte communications, I am directing this email to you since you are the law clerk for "even" cases, and I have copied opposing counsel, Gordon Serou, on this email.

Previously, Mr. Serou filed a Motion to Dismiss on behalf of his client. My client did not have a copy of her own insurance policy, and could not obtain one prior to filing suit, so Mr. Serou's pleading was the first time I was able to review it. Based on my review and analysis, I determined that I could not oppose the Motion to Dismiss with any good faith basis. I have informed my client, and she understands. Thus, I just wanted it to be clear that there is not opposition to the pending Motion to Dismiss, especially because I didn't want a matter on the Court's calendar that cannot proceed.

If there are any questions or concerns, please let me know.

Thanks.

--

Justin Alsterberg
Managing Partner - Litigation



935 Gravier Street, Suite 2020 | New Orleans, LA 70112
Direct: (504) 383-9714 | Fax: (504) 534-8961
ja@snw.law | www.snw.law

This e-mail message is for the sole use of the intended recipient(s) and may contain private, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately notify the sender by return e-mail and destroy all copies of the message. Receipt of the e-mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client or work product privilege.


---------- Forwarded message ---------
From: <Efile_Notice@laed.uscourts.gov>
Date: Wed, Feb 3, 2021 at 4:32 PM
Subject: Activity in Case 2:20-cv-03198-NJB-KWR Williams v. American Security Insurance Company Scheduling Order
To: <Efile_Information@laed.uscourts.gov>